PROB 12A
(06/15)

United States District Court
Southern District of Texas

**ENTERED**

June 14, 2024

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

Name of Offender:   Samuel David Sanford III          Case Number:      3:24CR00015-001

Name of Sentencing Judge:   The Honorable Ron Clark

Name of Presiding Judge:     The Honorable Jeffrey V. Brown

Date of Original Sentence:    May 15, 2014

Original Offense:    18 U.S.C. § 2113(a) Bank Robbery

Original Sentence:   72 months custody of the U.S. Bureau of Prisons, followed by a 3-year term of supervised release, a $100 Special Assessment, and $25,859 Restitution. Special conditions include financial disclosure, abstain from gambling, participate in testing and treatment for drug abuse and treatment for mental health.

Type of Supervision:   Supervised Release          Supervision Started:   January 27, 2023

---

## EARLIER COURT ACTION

05/01/2024: 12A submitted to Eastern District of Texas for noncompliance after arrest for Public Intoxication. No action was taken, and a Transfer of Jurisdiction was requested.

05/21/2024: Jurisdiction was transferred to the Southern District of Texas/ Galveston Division.

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**      **Nature of Noncompliance**

**1**              **Law Violation: Public Intoxication**

On or about May 29, 2024, in Hitchcock, Galveston County, Texas, Samuel Sanford did then and there commit the offense of Public Intoxication, a Class C Misdemeanor. Around 9pm, three hours prior to his arrest, Hitchcock EMS responded to Louis' RV Park for a call related to a male subject yelling for help. Mr. Sanford was treated for high blood pressure and noted he was "sweating

RE:    **Samuel David Sanford III**                                                                                    2
       **Dkt. No.  3:24CR00015-001**

profusely." Around midnight, Galveston County Sheriff's Office responded to the same location for calls of a male subject busting windows with a hammer. The subject was identified as Samuel Sanford and he was arrested and taken to Galveston County Jail. He was released from custody around 10pm.

### 2          Law Violation: Criminal Trespass

On or about May 30, 2024, in Hitchcock, Galveston County, Texas, Samuel Sanford did then and there allegedly commit the offense of Criminal Trespass, a Class B Misdemeanor. Galveston County Sheriff's Deputy responded to Louis' RV Park in reference to a male subject trying to gain access into an RV and possibly using something to try to pry open the door. Hitchcock Police Department and Bayou Vista Police Department arrived prior to Galveston County Sheriff's Office and detained Samuel Sanford. The complainant reported his wife arrived home from work and shortly after Mr. Sanford began trying to gain access to the RV. The complainant advised he gave Samuel Sanford several verbal commands to leave the property however he did not. A criminal trespass warning was issued for Lot 22 at the RV Park and Samuel Sanford was transported to Galveston County Jail. On May 31, 2024, Mr. Sanford posted bond and was released with a court date pending.

### 3          Illegal Possession of a Controlled Substance

On or about May 31, 2024, Samuel David Sanford, III possessed and used amphetamines, a controlled substance not prescribed by a physician, as evidenced by a urine specimen submitted by him to U.S. Probation. On June 6, 2024, such specimen tested positive for amphetamines through laboratory analysis at the regional lab. Mr. Sandford denied "knowingly" using any illegal narcotics. On June 13, 2024, U.S. Probation was notified the sample was unable to be re-tested for confirmation by the national lab due to the sample leaking while in transit from the regional lab. The possession alleged above is a violation of 21 U.S.C. § 844.

**U.S. Probation Officer Action:**

On May 29, 2024, the undersigned went to speak to Mr. Sanford at the Galveston County Jail however, after an extended period of time, was notified he was not in a state of mind to speak and could not be brought to visitation. A message for him to report to the U.S. Probation Office was left with the jail staff to give Mr. Sanford upon release.

On May 30, 2024, the undersigned went back to Galveston County Jail to try and speak with Mr. Sanford again. He was brought for visitation and spoke to the undersigned about his arrests, but some details and statements made by Mr. Sanford led to the undersigned being concerned about a possible mental health episode, if not under the influence of illicit substances.

On May 31, 2024, Mr. Sanford was released from custody and met with the undersigned at the U.S. Probation Office. He agreed to complete a mental health evaluation and contacted the provider to schedule the earliest available appointment. Mr. Sanford is scheduled for the evaluation on June 21, 2024. He submitted a urinalysis and denied all use of illicit substances. On June 6, 2024, the undersigned received the urinalysis test results that were positive for

**RE:    Samuel David Sanford III**                                                    3
**Dkt. No.  3:24CR00015-001**

amphetamines. On June 13, 2024, the national lab advised the sample was unable to be re-tested for confirmation due to the sample leaking.

This officer respectfully requests no action by the Court and to allow Mr. Sanford to be evaluated for mental health and begin treatment for mental health and substance abuse. Additionally, he will drug tested on a more frequent basis. Should noncompliance continue, the Court reserves the right to address this violation at a later date.

Approved:                                              Respectfully submitted,

By:

Scott Cooper, Supervising                              Callie Derrick
United States Probation Officer                        United States Probation Officer
                                                       June 13, 2024

Name of Offender:  Samuel David Sanfrod, III
Case Number:  3:24CR00015-001
Page Number:  4

[X]     Court Concurs with Recommended Action

[  ]     Submit a Request for Modifying the Condition(s) or Term of Supervision

[  ]     Submit a Request for Warrant or Summons

[  ]     Other:


_____
Jeffrey V. Brown
U. S. District Judge


June 14, 2024
_____
                    Date