RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 2 2 2025

DANIEL J. McCOY, CLERK

BY:_____

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:25-mj-00151-TPL |
| | ) | |
| Samuel David Sanford III | ) | |
| | ) | Charging District's Case No.   3:24-cr-00015-1 |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*        Southern District of Texas        .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)    a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)    a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐    an identity hearing and production of the judgment, warrant, and warrant application.

☐    a preliminary hearing.

☐    a detention hearing.

☑    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     08/22/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Andrew Casanave
*Printed name of defendant's attorney*