CLOSED

# U.S. District Court
## Western District of Louisiana (Lake Charles)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-00151-TPL All Defendants

Case title: USA v. Sanford

Other court case number: 3:24-cr-00015-01 Southern District of Texas (Beaumont)

Date Filed: 08/21/2025

Date Terminated: 08/22/2025

---

Assigned to: Magistrate Judge Thomas P LeBlanc

**Defendant (1)**

**Samuel David Sanford, III**
*TERMINATED: 08/22/2025*

represented by **Andrew M Casanave**
Casanave Law Firm
313 Alamo St Ste C
Lake Charles, LA 70601
337-842-5565
Email: acasanavelaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:3146.F - Violation of Conditions of Supervised Release

**Disposition**

---

**Plaintiff**

**USA**                                                           represented by **Myers P Namie**
U S Attorneys Office (LAF)
800 Lafayette St Ste 2200
Lafayette, LA 70501
337-262-6618
Fax: 337-262-6682
Email: myers.namie@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2025 | | ARREST (Rule 40) of Samuel David Sanford, III (1) for Supervised Release violation charge(s) pending in Southern District of Texas (Beaumont); their Case Number 3:24-cr-00015-01. (crt,YocumSld, M) (Entered: 08/22/2025) |
| 08/21/2025 | 1 | RULE 40 or 5(c)(3) Charging Documents Received from Southern District of Texas, their Case Number 3:24-cr-00015-01, as to Samuel David Sanford, III (1). (Attachments: # 1 SEALED Arrest Warrant) (crt,YocumSld, M) (Entered: 08/22/2025) |
| 08/22/2025 | 2 | DEFENDANT'S REQUEST / MOTION to Appoint Counsel by Samuel David Sanford, III (1). Motion Ripe Deadline set for 8/22/2025. (crt,YocumSld, M) (Entered: 08/22/2025) |
| 08/22/2025 | 3 | CJA 23 FINANCIAL AFFIDAVIT filed under seal by Samuel David Sanford, III (1). (crt,YocumSld, M) (Entered: 08/22/2025) |
| 08/22/2025 | 4 | ORDER granting 2 Motion to Appoint Counsel as to Samuel David Sanford III (1). Andrew Casanave of the CJA Panel appointed to represent the defendant. Signed by Magistrate Judge Thomas P LeBlanc on 8/22/2025. (crt,YocumSld, M) (Entered: 08/22/2025) |
| 08/22/2025 | 5 | ARREST WARRANT Returned Executed on 08/21/2025 in case as to Samuel David Sanford, III (1). Access given to counsel for USA. (crt,YocumSld, M) (Entered: 08/22/2025) |
| 08/22/2025 | 6 | MINUTES for proceedings held before Magistrate Judge Thomas P LeBlanc: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Samuel David Sanford, III (1) held on 8/22/2025. Petition and Order unsealed. Counsel appointed. Defendant reserves his right to a preliminary hearing and Detention hearing to be held in the Southern District of Texas. A hearing is set for 9/3/2025 at 1:00 pm in Galveston, Texas, 7th Floor courtroom before Magistrate Judge Andrew M Edison for counsel determination. Defendant to be transferred to the Southern District of Texas. (Court Reporter: LCR, Lake Charles-Crtrm 3) (crt,YocumSld, M) (Entered: 08/22/2025) |
| 08/22/2025 | 7 | WAIVER of Rule 32.1 Hearing by Samuel David Sanford, III (1). (crt,YocumSld, M) (Entered: 08/22/2025) |
| 08/22/2025 | 8 | ORDER REGARDING DUE PROCESS PROTECTIONS ACT in case as to Samuel David Sanford, III (1). Signed by Magistrate Judge Thomas P LeBlanc on 8/22/2025. (crt,YocumSld, M) (Entered: 08/22/2025) |
| 08/22/2025 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Samuel David Sanford, III (1). Defendant committed to Southern District of Texas (Beaumont). Signed by Magistrate Judge Thomas P LeBlanc on 8/22/2025. (crt,YocumSld, M) (Entered: 08/22/2025) |

| 08/22/2025 | Notice to Southern District of Texas of a Rule 5 or Rule 32 Initial Appearance as to Samuel David Sanford, III (1). Your case number is: 3:24-cr-00015-01. The clerk will transmit ALL applicable documents via separate email. (If you need additional information, please send a request to lawdml_criminal@lawd.uscourts.gov.) (crt,YocumSld, M) (Entered: 08/22/2025) |