1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION


UNITED STATES OF AMERICA                    3:24-cr-015


VS.                                         September 24, 2025
                                            Galveston, Texas
                                            1:19 p.m.
SAMUEL DAVID SANFORD, III



COUNSEL DETERMINATION HEARING

BEFORE THE HONORABLE ANDREW M. EDISON

UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the United States          Kenneth A. Cusick, AUSA
                               United States Attorney's
                                  Office
                               1000 Louisiana Street
                               Suite 2400
                               Houston, Texas 77002

For the Defendant              Jorge G. Aristotelidas, AFPD
                               Federal Public Defender's
                                  Office
                               440 Louisiana Street
                               Suite 1350
                               Houston, Texas 77002

Case Manager                   Ruben Castro

Electronic Recording Operator  Natosha Bailey




Proceedings from official electronic sound recording;
transcript produced by court approved transcriber.

DIGITAL SCROLL TRANSCRIPTION                      281.382.9862

THE COURT: Okay. Let me call the next matter is Case 3:24-cr-15-1, United States versus Samuel David Sanford.

And who do I have for the Government?

MR. CUSICK: Kenneth Cusick.

Good afternoon, Your Honor.

THE COURT: Hello, Mr. Cusick. How are you today, sir?

MR. CUSICK: Pretty good, Judge.

THE COURT: All right. Good.

And, Mr. Sanford, can you hear me loud and clear, sir?

DEFENDANT SANFORD: Yes, sir.

THE COURT: Okay.

And maybe, Mr. Cusick, you can give me a little help, because I'm unclear.

It looks like – obviously, we were here – well, is this an Initial Appearance? Did the Defendant already have the proceedings in Louisiana? I can't tell.

MR. CUSICK: Your Honor, I think the proceedings were already held in Louisiana, but what needs to happen here is a Counsel Determination hearing.

THE COURT: Right.

Okay. So, my understanding, Mr. Sanford – help me out – is that you had a proceeding before a judge in Louisiana where he explained that the – what the allegations

are against you was simply the allegation that you violated your terms of supervised release, not –

I'm not asking you whether that's true or not, but you had a hearing or least you were told what the allegations are in Louisiana, correct?

DEFENDANT SANFORD:  Yes, sir.  I was told about them, and I was scheduled for court on September the 3rd, and without my knowledge or consent there was a continuance filed for the 17th.  And then there was another continuance filed without my knowledge or consent, and I was confused because I thought these were supposed to take place without any unreasonable delays.  So, I was a little confused about that.

THE COURT:  I understand, and I will say that, obviously, you were arrested in Louisiana and transported here.  And I'll be the first one to acknowledge that's beyond my pay grade.  I'm not involved in the transportation at all.  My goal is to make sure there is a quick and prompt resolution of the allegations against you.

Obviously, you were put on supervised release.  The allegation is you violated those conditions.  You're entitled to a hearing to determine whether that's true or not.  The first thing we've got to do today, though, is – is you're entitled to a lawyer, and if you want me to appoint a lawyer, I'll appoint a lawyer.  My understanding of that is correct?  True?

DEFENDANT SANFORD:  Yes, sir.  I would like to be appointed an attorney, please.

THE COURT:  Based on my review of the records, I find that you're eligible to receive the appointment, and I'll appoint the United States Federal Public Defender to represent you.  And believe it or not, a member of that fine department is sitting there in the Houston courthouse, and I'll let him make his introduction for the record.

MR. ARISTOTELIDAS:  Yes, Your Honor.

Jorge Aristotelidas for the Federal Public Defender's Office, and I've talked to the gentleman at the courthouse.

THE COURT:  Great.

Good to see you again.  Welcome back, Mr. Aristotelidas.

Okay.  We're going to have a hearing in Galveston promptly September 29th, that Mon- -- day, Monday, at 9:00 a.m.  So, next Monday at 9:00 a.m. in Judge Brown's courtroom on the 6th Floor, and, obviously, the document that Judge Brown signed back in July, said, the issuance of a warrant and no bond, so I think I'm required to hold the Defendant in custody pending that hearing on Monday to determine if the allegations are true and so what, if anything, should be done.

With that said and done, is there anything I

forgot or else we need to address from the Government?

MR. CUSICK:  No, Your Honor.

THE COURT:  Thanks, Mr. Cusick.

From the Defense?

MR. ARISTOTELIDAS:  Nothing else, Judge.

THE COURT:  Okay.

Mr. Sanford, have a good day, sir.  I'm going to remand you to the custody of the United States Marshals pending that hearing on Monday before Judge Brown, and I know someone from the Federal Public Defender's Office will be contacting you and have a good day, sir.

Everyone is excused.

MR. ARISTOTELIDAS:  All right.

Thank you, Judge.

MR. CUSICK:  Thank you, Your Honor.

(Proceedings concluded at 1:23 p.m.)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION


I, Linda Griffin, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording and/or by Video/Zoom of the proceedings in the above-entitled matter.


/s/ Linda Griffin                            November 11, 2025
Linda Griffin                                           Date