1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION


UNITED STATES OF AMERICA                    3:24-cr-015


VS.                                         May 29, 2025
                                            Houston, Texas
                                            2:23 p.m.
SAMUEL DAVID SANFORD, III




INITIAL APPEARANCE

BEFORE THE HONORABLE YVONNE Y. HO

UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the United States              Jessica Feinstein, AUSA
                                   United States Attorney's
                                      Office
                                   1000 Louisiana Street
                                   Suite 2400
                                   Houston, Texas 77002

For the Defendant                  Ryan Rones, AFPD
                                   Federal Public Defender's
                                      Office
                                   440 Louisiana Street
                                   Suite 1350
                                   Houston, Texas 77002

Case Manager                       Rachel Willborg

Electronic Recording Operator      April Cavazos

Also Present                       Krista Orphe
                                   Pretrial Services Office


Proceedings from official electronic sound recording;
transcript produced by court approved transcriber.

DIGITAL SCROLL TRANSCRIPTION                    281.382.9862

THE COURT:  All right.

The next case is 3:24-cr-15, United States versus Samuel David Sanford.

All right.  Good afternoon.

DEFENDANT SANFORD:  Good afternoon.

THE COURT:  The purpose of today's proceeding is to advise you of the charges against you, to advise you of your rights, to consider the question of your counsel, to consider the conditions of your release, if any, and set a date for the next court appearance.

Have you received a copy of the Petition that was filed concerning your supervised release?

DEFENDANT SANFORD:  Yes, Your Honor.

THE COURT:  I'm going to review these allegations with you.

This petition alleges that you committed four specific violations of your supervised release.

The first claims that you committed a new violation of law, namely, the offense of public intoxication. And this arises out of your alleged arrest or arrest on April 28th of 2024, in Galveston County for the offense of public intoxication, which is a Class C misdemeanor under Texas law.

And then, an allegation No. 2 asserts a different law violation, namely, the offense of criminal trespass and alleges that on around May the 30th of 2024, also

in Galveston County, that you committed this offense of criminal trespass, which is a Class B misdemeanor.

Allegation No. 3 alleges that you illegally possessed a controlled substance, and it claims that you did so on or around May 31st, 2024, and that the controlled substance involved – it's allegedly amphetamines, and the Petition claims that you submitted a specimen – urine specimen that tested positive for amphetamines.

Allegation 4 claims that you failed to report a change of your residence within 72 hours.  And it asserts that the Probation Officer called and texted you on July 3rd of 2024, and ordered you to report to the Probation Office by 3:00 p.m., and you didn't do so, that a couple of weeks later on July 19th, the Officer tried to make a home visit at your last known address, on Highway 6, in Hitchcock, Texas, and that your RV was not in the RV Park.  And at the time of this Petition that was filed back in August of 2024, you were not showing there.

If the Court finds these allegations to be true, it can revoke your supervised release and order that you be held in custody.

Now, without telling me whether you think any of these allegations are true, do you understand what the Petition claims that you violated?

DEFENDANT SANFORD:  Yes, Your Honor, I understand.

THE COURT:  I'm also going to review your specific rights.

First, you have the right to remain silent.  If you make any statement, it could be used against you.  You are not on trial today.  You don't have to say anything to me or any court personnel about the facts of your case.

You can't be required to be a witness or testify or gather witnesses or evidence.  You don't have to discuss your case with any law enforcement official or answer any questions.

If you already made a statement, you don't have to say anything else.  If you start to make a statement later, you can stop at any time.

If you talk to any person other than your lawyer about the case, that person may be forced to testify against you, even if they don't want to.  So, the only person you should talk to about your case is your attorney.  Anything you say to your attorney is privileged and it can't be – and it can't be disclosed to anyone.

Do you understand your rights to be silent?

DEFENDANT SANFORD:  Yes, Your Honor.

THE COURT:  One second.

(Pause in the proceedings.)

THE COURT:  Oh, you know what?

There is a more recent Superseding Petition.

Does this go over Mr. Sanford's?

CASE MANAGER:  He has a copy of it.

THE COURT:  Okay.  It's one of these?  I just did an original one.

CASE MANAGER:  I think – I think they're both originals by itself.  The original – there – it's back to back.

THE COURT:  Oh, I see.  They're both missing boxes.  Okay.  I didn't explain to him both of the –

Okay.  There is one other allegation I need to mention now, because there was an original Petition and then there's also a Superseding Petition.

Do you have a copy of both of them?

DEFENDANT SANFORD:  Yes, ma'am,  I do.

THE COURT:  Okay.

All right.  So, the Superseding Petition it has a fifth alleged violation, and that asserts that you committed a new violation of law and an offense of driving while intoxicated arising out of an incident on March 22nd of 2025, which occurred in Conroe, Texas, and alleges that at that time you were arrested and charged with assault of a DWI – DUI, under Texas Penal Code, which is a third degree felony.

All right?

Okay.  Now, you also have the right to be represented by an attorney at all stages of this.  If you

6

can't afford an attorney, you can ask the Court to appoint one for you.

Are you requesting the Court appoint an attorney for you?

DEFENDANT SANFORD: Yes, Your Honor.

THE COURT: Now, I need to ask you some questions about your finances.

Please raise your right hand.

(Defendant sworn.)

THE COURT: All right.

You can put your hand down.

Have you held a job here in the past four months?

DEFENDANT SANFORD: Yes, Your Honor.

THE COURT: What's your approximate monthly income?

DEFENDANT SANFORD: $1200.

THE COURT: Okay.

Do you have any bank accounts?

DEFENDANT SANFORD: None with a balance.

THE COURT: Okay.

So, you said the balance is zero only?

DEFENDANT SANFORD: Yes, Your Honor.

THE COURT: Okay.

Let's see.

Do you own a house or other real estate?

DEFENDANT SANFORD:  No, ma'am.

THE COURT:  Do you own a car?

DEFENDANT SANFORD:  No, ma'am.

THE COURT:  I find that you do qualify for a court appointed counsel, and I'm appointing the Federal Public Defender's Office to represent you.

DEFENDANT SANFORD:  Thank you.

THE COURT:  And Mr. Rones is here.

I should also clarify that these Petitions are pending in the Galveston Division of this Court, and the presiding Judge is Jeffrey Brown.  And he has issued an order that you be held without bond until you have your other hearings before him.

Ms. Willborg, do we have dates yet from Judge Brown?

CASE MANAGER:  Yes, Tuesday, June 3rd, at 10:00 a.m. It's in Galveston.

THE COURT:  All right.

So, Mr. Sanford, your next hearings will be in Galveston, before Judge Brown, next week on June 3rd, at 10:00 a.m.

Is there anything else we can do for Mr. Sanford right?

MS. FEINSTEIN:  Not from the Government.

Thank you.

MR. RONES:  Not on behalf of this hearing.

THE COURT:  All right.

Also just out of an abundance of caution I will refer back to the Brady instruction.

Ms. Feinstein, were you present for that one?

MS. FEINSTEIN:  Yes.

THE COURT:  Okay.

So, enter an agreement.

All right.  Thank you very much.

You're excused.

MR. RONES:  All right.

Thank you, Your Honor.

(Proceedings concluded at 2:31 p.m.)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

I, Linda Griffin, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording and/or by Video/Zoom of the proceedings in the above-entitled matter.

/s/ Linda Griffin                           November 12, 2025
Linda Griffin                                      Date