# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
January 21, 2026
Nathan Ochsner, Clerk of Court

No. 25-40627

United States Court of Appeals
Fifth Circuit
**FILED**
January 21, 2026
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

SAMUEL DAVID SANFORD, III,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:24-CR-15-1

---

ORDER:

The Federal Public Defender (FPD) appointed to represent Samuel David Sanford, III, in this direct criminal appeal has filed motions to withdraw as counsel and for the appointment of new counsel. Sanford has filed a response joining the request for the appointment of new counsel.

Appointed counsel may be relieved "upon a showing that there is a conflict of interest or other most pressing circumstances or that the interests of justice otherwise require relief of counsel." FIFTH CIRCUIT PLAN UNDER THE CRIMINAL JUSTICE ACT § 5(B). Under the Criminal Justice Act, "the court may, in the interests of justice, substitute one

No. 25-40627

appointed counsel for another at any stage of the proceedings." 18 U.S.C. § 3006A(c).

The FPD has made the required showing. Thus, the motions to withdraw and for the appointment of new counsel are GRANTED.

ENTERED FOR THE COURT:

/s Adriana Dieringer

ADRIANA DIERINGER
*Deputy Clerk*

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 21, 2026

Ms. Jessica Graf
Jessica Graf Law, P.L.L.C.
11430 Quaker Avenue
Suite 200, PMB 1027
Lubbock, TX 79424

     No. 25-40627   USA v. Sanford
                          USDC No. 3:24-CR-15-1

Dear Ms. Graf,

Enclosed is a copy of the court's order appointing you as counsel under the Criminal Justice Act. Information regarding your compensation and expense voucher will be provided separately. You must complete the voucher when the appeal concludes. You can obtain a copy of our Plan for Representation on Appeal Under the Criminal Justice Act, listing the duties and responsibilities of court-appointed counsel from the Fifth Circuit's website "http://www.lb5.uscourts.gov/cja/cjaDocs/cja.pdf".

**Electronic Record on Appeal (EROA):** We permit you to download all or part of the electronic record on appeal (EROA) after this is approved by the U.S. District Court. You will receive a notice when access to the EROA is available. Counsel must be approved for electronic filing and be listed as an attorney of record in the case before access will be granted. Instructions for accessing and downloading the EROA will be included in the notice you receive from the district court, but are also available here: http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm.

Please note that sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. You must file a motion in our court for access to sealed documents, which will be provided by the district court only upon the filing and granting of a motion by our court.

We have removed the Office of the Federal Public Defender from our docket as counsel for appellant. We will not send further orders, correspondence, etc. regarding this appeal.

In accordance with Fed. R. App. P. and 5th Cir. R. 31, appellant's brief must be filed within 40 days from this date. The remainder of the briefing schedule should proceed under the rules.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk

cc w/encl:
    Mr. Philip G. Gallagher
    Ms. Rosa Victoria Garcia-Cross
    Ms. Carmen Castillo Mitchell
    Mr. Nathan Ochsner

P.S.  At the Court's direction, the Clerk's Office now closely monitors the processing of criminal appeals wherein a defendant sentenced to 24 months or less challenges the sentence, to permit the court to timely review the appeal and provide meaningful relief if the defendant prevails.  Accordingly, extensions of time in these appeals will be granted sparingly.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

**\*Corrected\***
January 21, 2026

Ms. Jessica Graf
Jessica Graf Law, P.L.L.C.
11430 Quaker Avenue
Suite 200, PMB 1027
Lubbock, TX 79424

      No. 25-40627    USA v. Sanford
                           USDC No. 3:24-CR-15-1

Dear Ms. Graf,

Enclosed is a copy of the court's order appointing you as counsel under the Criminal Justice Act. Information regarding your compensation and expense voucher will be provided separately. You must complete the voucher when the appeal concludes. You can obtain a copy of our Plan for Representation on Appeal Under the Criminal Justice Act, listing the duties and responsibilities of court-appointed counsel from the Fifth Circuit's website "http://www.lb5.uscourts.gov/cja/cjaDocs/cja.pdf".

Please carefully read and within 15 days from this date comply with the applicable instructions stated below.

**Electronic Record on Appeal (EROA):** We permit you to download all or part of the electronic record on appeal (EROA) after this is approved by the U.S. District Court. You will receive a notice when access to the EROA is available. Counsel must be approved for electronic filing and be listed as an attorney of record in the case before access will be granted. Instructions for accessing and downloading the EROA will be included in the notice you receive from the district court, but are also available here: http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm.

Please note that sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. You must file a motion in our court for access to sealed documents, which will be provided by the district court only upon the filing and granting of a motion by our court.

**Once you obtain the record, you should check it within 14 days of receipt for any missing or incomplete items. The court will not grant extensions of time to file your brief because you did not timely check the record.**

You must complete a transcript order form, which can be obtained from the court's website www.ca5.uscourts.gov. You are required to electronically file the form via the 5th Circuit's Electronic Document Filing System even if the form was filed with the district court, and make financial arrangements with the court reporter. When completed, this meets your obligation to order the necessary portions of the court reporter's transcript, see Fed. R. App. P. 10(b). (If you are pro se and unable to afford payment, you must file a motion with the district court requesting transcript at government expense, and notify this court.) We will coordinate the transcript deadlines with the court reporter. The court reporter should contact you directly if an extension of time to file the transcript is granted. Failure to complete the transcript order form and make financial arrangements with the court reporter within 15 days will result in dismissal of the appeal in accordance with the rules.

We have removed the Office of the Federal Public Defender from our docket as counsel for appellant. We will not send further orders, correspondence, etc. regarding this appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk

cc w/encl:
    Mr. Philip G. Gallagher
    Ms. Rosa Victoria Garcia-Cross
    Ms. Carmen Castillo Mitchell
    Mr. Nathan Ochsner

P.S. At the Court's direction, the Clerk's Office now closely monitors the processing of criminal appeals wherein a defendant sentenced to 24 months or less challenges the sentence, to permit the court to timely review the appeal and provide meaningful relief if the defendant prevails. Accordingly, extensions of time in these appeals will be granted sparingly.