Southern District of Texas
FILED

February 27, 2026

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

Nathan Ochsner, Clerk of Court

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 26, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-40627    USA v. Sanford
USDC No. 3:24-CR-15-1

The court has considered the motion of Samuel David Sanford to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Samuel David Sanford may obtain all ex parte documents *filed on behalf of* Samuel David Sanford, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk
504-310-7702

Ms. Jessica Graf
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner